OPINION — AG — QUESTION: "CAN A JUVENILE OFFICER BE EMPLOYED AND PAID JOINTLY BY A CITY AND COUNTY?" — AFFIRMATIVE, QUESTION(2): "CAN A DEPUTY SHERIFF BE APPOINTED JUVENILE OFFICER AND SERVE AS JUVENILE OFFICER AND DEPUTY SHERIFF?" — NEGATIVE (DUAL OFFICE HOLDING) CITE: 10 O.S. 1965 Supp., 127.1 [10-127.1], 11 O.S. 1961 568 [11-568], 11 O.S. 1961 672 [11-672], 74 O.S. 1965 Supp., 1004 [74-1004], 74 O.S. 1965 Supp., 1001-1008 [74-1001] — [74-1008], 51 O.S. 1961 6 [51-6] (W. J. MONROE)